

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

Guillermo Trujillo Cruz

                              **Plaintiff,**

                              V.

Jeffreys, Correctional Officer for R.J.D.;
Rios, Correctional Officer for R.J.D.;
Ramos, Correctional Officer for R.J.D.

                              **Defendant.**

**Civil Action No.**    15cv2826-JLS-PCL

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court: (1) Overrules Plaintiff's Objections, (2) Adopts Judge Lewis's Report and Recommendation in its entirety and (3) Grants Defendants' Motion to Dismiss. The Court denies Plaintiff's Motion to Amend and dismisses with prejudice Plaintiff's First Amended Complaint.

**Date:**     3/7/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M. Lozano
                                  M. Lozano, Deputy