

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Guillermo Trujillo Cruz | Civil Action No. 15cv2826-JLS-PCL |
| Plaintiff, | |
| V. | AMENDED |
| Jeffreys, Correctional Officer for R.J.D.;<br>Rios, Correctional Officer for R.J.D.;<br>Ramos, Correctional Officer for R.J.D. | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court (1) Overrules Plaintiff's Objections, (2) Adopts Judge Lewis's Report and Recommendation in its entirety and (3) Grants Defendants' Motion to Dismiss. The Court denies Plaintiff's Motion to Amend and dismisses without prejudice Plaintiff's First Amended Complaint.

Date: 3/7/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Lozano

M. Lozano, Deputy